UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| YUN XIN LIN #78471-053 | CASE NO. 2:16-CV-01293 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| USA ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 36] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Dismiss [doc. 24] and Motion for Summary Judgment [doc. 25] are **GRANTED**, Petitioner's educational resources and FOIA claims are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(1), and Petitioner's medical/dental care claims are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 56. As a result, the Petitioner's Complaint is **DISMISSED** in its entirety.

THUS DONE in Chambers on this 17th day of October, 2018.

Robert R. Summerhays
United States District Judge